FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2237

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| NUNEZ-Sandoval, Christian | ) | |
| Defendant, | ) | |
| | ) | |

The undersigned complaint being duly sworn states:

On or about July 23, 2008, within the Southern District of California, Christian NUNEZ-Sandoval, did knowingly and intentionally import approximately 119.30 kilograms of marijuana, a schedule I narcotic, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Pamela Herrington
SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF July.

_____
MAGISTRATE JUDGE

**Defendant:** Christian NUNEZ-Sandoval

**Statement of Facts**

At approximately 11:25p.m. on July22, 2008, at the San Ysidro Port of Entry, (POE), San Ysidro, CA, CBP Officer R. Pichay was performing his duties at the primary inspection booth at lane #19 when he was approached by a blue Chevrolet Silverado truck bearing California license plate numbered 5A01473. The driver and sole occupant of the truck, Christian NUNEZ-Sandoval (DOB:02/15/1974), applied for admission into the United States from Mexico by presenting his California Identification Card. NUNEZ also claimed U.S. citizenship. Officer Pichay queried NUNEZ name in a computer database and received a possible match to a wanted person. Officer Pichay asked NUNEZ what he was bringing back from Mexico and Nunez gave two negative declarations. Officer Pichay referred NUNEZ to the secondary inspection area for further inspection.

CBP Officer G. Carpenter utilized his Narcotics/Human detector dog to examine the truck. According to Officer Carpenter, the dog alerted to the odor of narcotics at both the engine compartment area and the truck's bed area.

CBP Officer T. Umali made contact with NUNEZ in the secondary inspection area and made additional computer queries; however he did not locate a positive matching wanted person's record for NUNEZ. In response to Officer Umali's questions, NUNEZ again stated he had nothing to declare and was going to San Diego, CA. At Officer Umali's request NUNEZ stepped out the truck and opened the engine hood. Officer Umali saw numerous uncovered packaged on top and around the engine block. Officer Umali then escorted NUNEZ to the security room.

A search of the truck revealed forty-eight (48) packages were concealed in the engine compartment and under the bed liner of the truck with a net weight of approximately 119.30 kg. (263.65 lbs.). CBP Officer H. Duran probed one of the packages and it field-tested positive for marijuana.

On July 23, 2008, starting at approximately 4:15a.m., ICE Special Agents Pamela Herrington and Tim Koupal conducted a video-recorded interview, in English, of the defendant. NUNEZ was Mirandized in the presence of said officers, waived his rights, and executed a written waiver that indicated that he agreed to answer questions without a lawyer present. NUNEZ requested water and it was provided to him during the interview. No promises or threats were made to elicit his statement. No breaks were taken during the interview and it ended at approximately 4:35a.m.

During the interview, the defendant made the following statements:

NUNEZ stated he was to be paid $1,200 USD for driving the truck across the border to the Denny's restaurant at I-5 and Coronado Ave. NUNEZ stated he would meet a man

1

there, give him the truck keys, and be given the keys to a car to drive back to Mexico. NUNEZ stated this was the fourth smuggling trip he had made for the organization. NUNEZ stated he knew he was transporting an illegal drug into the U.S., but did not know what type of drug or how much of it was hidden in the truck.

NUNEZ has been arrested and convicted twice before (September 1998 and January 2005) for smuggling narcotics.