FILED
AUG 21 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 2815 L |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| CHRISTIAN NUNEZ-SANDOVAL, | |
| Defendant. | |

The United States Attorney charges:

On or about July 23, 2008, within the Southern District of California, defendant CHRISTIAN NUNEZ-SANDOVAL, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 119.30 kilograms (262.46 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/21/08.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:San Diego
8/1/08